United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re: FTI CONSULTING INC.** | § | |
| | § | |
| **Proceedings to Enforce** | § | **Misc. Proceeding No. 24-00351** |
| **Fed. R. Bankr. P. 9036** | § | |

**ORDER REQUIRING FTI CONSULTING INC. TO APPEAR THROUGH COUNSEL
AT A STATUS CONFERENCE ON 03/14/2024**

The Administrative Office of the United States Courts has advised the Court that **FTI CONSULTING INC.** has been designated as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high-volume paper-notice recipient is currently defined as an entity that has been mailed 50 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients (with limited exceptions) must receive electronic notices.

The Administrative Office of the United States Courts has advised the Court that **FTI CONSULTING INC.** has failed to register to receive electronic bankruptcy notices.

On **03/14/2024** at 11:00 AM at Courtroom 404, 515 Rusk, Houston, TX 77002, the Court will conduct a status conference to determine what action should be taken to compel (if necessary) **FTI CONSULTING INC.** to comply with Federal Rule of Bankruptcy Procedure 9036. **FTI CONSULTING INC.** is ordered to appear at the status conference through counsel. Counsel should be prepared to advise the Court on the steps that **FTI CONSULTING INC.** is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.[1]

Parties and counsel may appear in person, or via videoconference and telephone. Audio access will be at (832) 917-1510, conference room number 954554. Video access will be at www.goto.com/meeting/join#, meeting room "judgeisgur".

In lieu of attendance at the scheduled status conference, **FTI CONSULTING INC.** may complete and file **Exhibit A**, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity.[2] Alternatively, **FTI CONSULTING INC.** may complete and file **Exhibit B**, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center.

---

[1] In addition to any appropriate sanctions, failure to comply with this Order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account for you by the Bankruptcy Noticing Center, as set forth in Exhibit B.

[2] Registration for electronic bankruptcy noticing is at the following web site:
https://bankruptcynotices.uscourts.gov/register.

Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.

       The Clerk will serve this on **FTI CONSULTING INC.** by United States Mail and file a Certificate of Service.

Signed: 2/12/2024

_____
Marvin Isgur
United States Bankruptcy Judge

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **In re: FTI CONSULTING INC.** § | |
| § | |
| **Proceedings to Enforce** § | **Misc. Proceeding No. 24-00351** |
| **Fed. R. Bankr. P. 9036** § | |

## STATEMENT CONFIRMING REGISTRATION FOR
## ELECTRONIC BANKRUPTCY NOTICING

This Statement is filed on behalf of **FTI CONSULTING INC.**.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on _____. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re: FTI CONSULTING INC.** § | |
| § | |
| **Proceedings to Enforce** § | **Misc. Proceeding No. 24-00351** |
| **Fed. R. Bankr. P. 9036** § | |

**STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER**

This Statement is filed on behalf of **FTI CONSULTING INC.**.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above is aware that, beginning on **May 26, 2023**, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-00351-mi |
| FTI CONSULTING | Chapter |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 1 |
| Date Rcvd: Feb 13, 2024 | Form ID: pdf002 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| inre | FTI CONSULTING, 1166 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024          Signature:     /s/Gustava Winters